

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-15-00591-CV

**Compacta Construction, Inc.**

v.

**Larg Management Group LLC**

NO. 2015-22315 IN THE 215TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 08/26/2015 | E-PAID | ANT |
| CLK RECORD | $144.00 | 08/14/2015 | PAID | ANT |
| MT FEE | $10.00 | 08/07/2015 | E-PAID | APE |
| RPT RECORD | $137.00 | 07/20/2015 | UNKNOWN | ANT |
| STATEWIDE EFILING | $20.00 | 07/15/2015 | PAID | ANT |
| FILING | $175.00 | 07/15/2015 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $496.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this November 23, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**